# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Jo-Ann Stores LLC,<br><br>Defendant. | Civil Case No.: 24-cv-03714(KMM/JFD)<br><br>**ORDER** |

Based upon the submitted Stipulation of Dismissal, which has been reviewed and approved by the undersigned, it is hereby ordered that all claims between the parties be dismissed with prejudice and without costs or fees to any party.

**BY THE COURT:**

Date: December 27, 2024

*s/Katherine Menendez*
Katherine Menendez
United States District Judge